```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION


    JORGE COLLAZZO, et al.,        )
                                   )
                    Plaintiffs,    )
                                   )
                                   )
    -vs-                           )  Case No. 08 C 5987
                                   )
                                   )  Chicago, Illinois
    FOREFRONT EDUCATION, INC., et  )  April 1, 2010
    al.,                           )  9:00 o'clock a.m.
                                   )
                    Defendants.    )


                       TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE JOHN W. DARRAH

    APPEARANCES:

    For Plaintiff Collazzo:   ROBIN POTTER & ASSOCIATES
                              BY:  MS. ROBIN B. POTTER
                              111 East Wacker Drive
                              Suite 2600
                              Chicago, Illinois  60601

    For the Defendants:       SONNENSCHEIN, NATH & ROSENTHAL LLP
                              BY:  MS. CAMILLE E. BENNETT
                              233 South Wacker Drive
                              Suite 8000
                              Chicago, Illinois 60606


    Court Reporter:

                            Mary M. Hacker
                         Official Court Reporter
                       United States District Court
                  219 South Dearborn Street, Suite 1212
                         Chicago, Illinois  60604
                         Telephone:  (312) 435-5564
```

1       THE CLERK:  08 C 5987, Colazzo versus Forefront
2  Education.
3       MS. POTTER:  Good morning, Judge.  Robin Potter for
4  the plaintiff.
5       THE COURT:  Good morning, Ms. Potter.
6       MS. BENNETT:  Good morning, your Honor.  Camille
7  Bennett for the defendants.
8       THE COURT:  Good morning, Ms. Bennett.
9       This class was certified on January 28th and the
10 parties were directed to meet and confer, submit a proposed
11 notice to class members, and as yet that has not happened.
12      MS. POTTER:  For the record, I only represent the
13 individual Colazzo in the individual claim, not on the class
14 claim.
15      MS. BENNETT:  Yes, your Honor.  This case has
16 divided into two parts which are sort of proceeding on
17 separate tracks.
18      THE COURT:  Sort of like Gall in --
19      MS. BENNETT:  Like Gall.
20      THE COURT:  -- in second year Latin.
21      MS. BENNETT:  And we're hoping that we don't get a
22 third.
23      THE COURT:  Gall was divided into three parts.
24    (Laughter.)
25      MS. BENNETT:  Ms. Potter only represents Mr.

1     Colazzo --
2          THE COURT:  I recall this.  What about the proposed
3     class notice?
4          MS. BENNETT:  Per your Honor's order, we sent
5     counsel for the class, which is Mr. Blue down in Texas and
6     his local counsel, Mr. Thompson here, a list of the people
7     per the order --
8          THE COURT:  Have you prepared a proposed notice?
9          MS. BENNETT:  We have not, your Honor.  The
10    plaintiff has not been back in touch with us about the
11    proposed notice and --
12         THE COURT:  Plaintiff will prepare a proposed
13    notice within 14 days or the matter may be defaulted.  And
14    you can communicate that to him.  We'll send that to him as
15    well.
16         MS. BENNETT:  Okay.  Thank you, your Honor.
17         MS. POTTER:  With regard to the individual case,
18    we've made steady progress here --
19         THE COURT:  Hold on a second.  And we'll take a
20    three-week status date as to that.  And that 14-day date is
21    deemed to be final.
22         THE CLERK:  April 22nd at 9:30.
23         THE COURT:  I interrupted you, Counsel, regarding
24    the individual --
25         MS. BENNETT:  Oh, regarding the individual case.

1  If your Honor could put us over for, I guess --
2          THE COURT: We'll continue that to 21 days.
3          MS. BENNETT: Thank you.
4          MS. POTTER: We have made steady progress on that
5  count. We're a little divergent, but we're --
6          THE COURT: That's going to be scheduled for trial
7  on that date. Okay?
8          MS. POTTER: Thank you, Judge.
9          THE COURT: You're welcome.
10     (Which were all the proceedings heard.)
11                         CERTIFICATE
12    I certify that the foregoing is a correct transcript
13 from the record of proceedings in the above-entitled matter.
14
15    /s/ **Mary M. Hacker**                    *April 12, 2010*
16    _____        _____
    Mary M. Hacker                   Date
17  Official Court Reporter
18
19
20
21
22
23
24
25